**UNITED STATES of America, Plaintiff–Appellant,**

v.

**Ahmed RESSAM, also known as Benni Antoine Noris, Defendant–Appellee.**

**United States of America, Plaintiff–Appellee,**

v.

**Ahmed Ressam, also known as Benni Antoine Noris, Defendant– Appellant.**

**Nos. 05–30422, 05–30441.**

United States Court of Appeals, Ninth Circuit.

Filed Aug. 15, 2008.

Mark N. Bartlett, Helen J. Brunner, John McKay, USSE, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellant*Plaintiff–Appellee.

Michael Filipovic, Thomas W. Hillier, II, Federal Public Defender's Office, Jo Ann Louise Oliver, Seattle, WA, for Defendant–Appellee*Defendant–Appellant.

Before: ARTHUR L. ALARCÓN, PAMELA ANN RYMER, and MARSHA S. BERZON, Circuit Judges.

## ORDER

The mandate of the United States Supreme Court having issued on Ahmed Ressam's appeal from his conviction for carrying an explosive during the commission of a felony in violation of 18 U.S.C. § 844(h)(2)(1994), *United States v. Ressam,* —— U.S. ——, 128 S.Ct. 1858, 170 L.Ed.2d 640 (2008), we must now reach the government's challenge to the reasonableness of Ressam's sentence. *United States v. Carty,* 520 F.3d 984 (9th Cir.2008) (en banc), was decided after sentence was imposed in this case and, among other things, *Carty* makes clear that all sentencing proceedings must begin by determining the applicable Guidelines range. *Id.* at 993. This was not done here. Accordingly, we vacate the sentence and remand for resentencing in accordance with *Carty.*

VACATED AND REMANDED.